**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO: | 2:11-bk-51551 |
| Karri A. Chinn | : | | |
| | : | JUDGE C. Kathryn Preston | |
| | : | | |
| SSAN(S):    xxx-xx-9407 | : | CHAPTER    13 | |
| | : | | |
| Debtor(s) | : | | |
| | : | | |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that, effective immediately, Debtor's new address is:

Street:              **6050 Endicott Road**
City, State, Zip:    **Columbus, OH  43229**

**Respectfully submitted,**

/s/ **Thomas C. Lonn**
Thomas C. Lonn (0059788)
Attorney for the Debtor
tclonnesq@rrohio.com
833 Eastwind Drive
Westville, OH 43081
(614) 895-1234
(614) 865-3377 fax

**CERTIFICATE OF SERVICE**

        The undersigned certifies that a true copy of the **Notice of Change of Address** was served electronically upon the U.S. Trustee, 170 N. High Street, Columbus, Ohio 43215 and the Standing Chapter 13 Trustee, and upon all other interested parties listed below by regular first class US Mail, this April 27, 2016.

/s/ Thomas C. Lonn
Thomas C. Lonn

Karri Chinn, 6050 Endicott Road, Columbus, OH  43229